# ~~PROPOSED~~ ORDER

The Court having reviewed the parties' Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED as follows:**

1.    The Parties' stipulation is approved.

2.    Central District of California case number 2:25-cv-11588-KS styled MICHAEL NICHOLSON v. TARGET CORPORATION, et al. is hereby REMANDED to the Superior Court of California, County of Los Angeles and this action is DISMISSED.

The pending Motion to Remand (Dkt. No. 12) is DENIED as moot.

IT IS SO ORDERED.

Date: February 10, 2026

Karen L. Stevenson
Chief Magistrate Judge

JOINT STIPULATION TO REMAND ACTION