JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL NICHOLSON, | ) Case No. 2:25-cv-11588-KS |
| | ) |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| vs. | ) |
| | ) |
| TARGET CORPORATION, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

The Court hereby approves the parties' Joint Stipulation to Remand Action to the Superior Court of California, County of Los Angeles.  IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action is REMANDED to the Superior Court of California, County of Los Angeles, and DISMISSED.

DATED: February 10, 2026

_____
HON. KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE